ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. |
| DALE LESTER COLVIN, JR. | § § § | 4-12CR-177-Y |

### INDICTMENT

The Grand Jury charges:

#### Count One
Unlawful Escape From Custody
(Violation of 18 U.S.C. § 751(a))

On or about the July 14, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Dale Lester Colvin, Jr.**, did knowingly escape from custody of the Volunteers of America, 2710 Avenue J, Fort Worth, Texas 76105, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of the felony offenses of Maintaining Drug Involved Premises, in violation of 21 U.S.C. § 856(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

**Indictment – Page 1**

In violation of 18 U.S.C. § 751(a).

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
J. MICHAEL WORLEY
Assistant United States Attorney
Texas State Bar No. 22001400
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

**Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

DALE LESTER COLVIN, JR. (01)

INDICTMENT

18 U.S.C. § 751(a)

Unlawful Escape From Custody

(1 COUNT)

A true bill rendered:

*[signature]*

FORT WORTH                                                    FOREPERSON

Filed in open court this 15th day of August, A.D. 2012.

Defendant in Custody

*[signature]*
UNITED STATES MAGISTRATE JUDGE

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
| --- |
| Superseding Indictment:  ☐ Yes  ☒ No |
| New Defendant:  ☒ Yes  ☐ No |
| Pending CR Case in NDTX:  ☐ Yes  ☒ No |
| Search Warrant Case Number: |
| Rule 20 from District of: |
| Magistrate Case Number: |

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No
   Sealed:   ☐ Yes  ☒ No

   Defendant Name

   **DALE LESTER COLVIN, JR. (01)**

   Alias Name:
   Address

   **4-12CR-177-Y**

2. **U.S. Attorney Information**
   AUSA   J. Michael Worley                State Bar # 22001400

3. **Interpreter**
   ☐ Yes  ☒ No
   If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date: 07/17/2012 by USMS

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1     ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 18 U.S.C. § 751(a) | Unlawful Escape From Custody | 1 |

   Date  8/14/12                Signature of AUSA: s/Mike Worley

                                Signed for Mike Worley by: [signature]